AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

RECEIVED-D.C.C.

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

APR 1 0 2007

SUPPORT SERVICES MANAGER

Curtis L. Evans
_____
Plaintiff

V.

Thomas Carroll (Warden of D.C.C)
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:   ┌ 0 7 ⌐ 2 1 0 ⌐

I, ___Curtis L. Evans___ declare that I am the (check appropriate box)

(• •) Petitioner/Plaintiff/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED

APR 1 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    (•Yes)    • •No    (If "No" go to Question 2)

      If "YES" state the place of your incarceration ___Delaware Correctional Center___

      **Inmate Identification Number (Required):** ___00340708___

      Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

      *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2.    Are you currently employed?    • •Yes    (• No)

      a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.    N/A

      b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    N/A

3.    In the past 12 twelve months have you received any money from any of the following sources?

      a.    Business, profession or other self-employment    • • Yes    (• • No)
      b.    Rent payments, interest or dividends              • • Yes    (• • No)
      c.    Pensions, annuities or life insurance payments    • • Yes    (• • No)
      d.    Disability or workers compensation payments       • • Yes    (• • No)
      e.    Gifts or inheritances                             • • Yes    (• • No)
      f.    Any other sources                                 (• •Yes)   • • No

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

My mother sends me what she can each month

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?      • • Yes   ( • •No )

If "Yes" state the total amount  $_____N/A_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

• • Yes   ( • •No )

If "Yes" describe the property and state its value.

N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

None

I declare under penalty of perjury that the above information is true and correct.

4.16.07
DATE

_____
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _311.76_ on account his/her credit at (name

of institution) _Delaware Correctional Center_ .

I further certify that the applicant has the following securities to his/her credit: _N/A_

_____ .

I further certify that during the past six months the applicant's average monthly balance was $ _163.35_

and the average monthly deposits were $ _111.66_

_4/10/07_ _Stacy Shane_
Date                           Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

APR 1 0 2007

SUPPORT SERVICES MANAGER

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO:  _Curtis Evans_  SBI#: _340708_

FROM:  Stacy Shane, Support Services Secretary

RE:  **6 Months Account Statement**

DATE:  _April 10, 2007_

---

Attached are copies of your inmate account statement for the months of
_October 1, 2006_  to  _March 31, 2007_.

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Oct | 203.46 |
| Nov | 131.93 |
| Dec | 89.57 |
| Jan | 130.86 |
| Feb | 187.37 |
| March | 236.89 |

Average daily balances/6 months:  _163.35_

Attachments
CC:  File

_Stacy Shane_
4/10/07

_Janette Ashew_

# Individual Statement
## From January 2007 to March 2007

Date Printed: 4/12/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00340708 | Evans | Curtis | | |

Current Location: 21

Comments:

Beginning Month Balance: $106.63

Ending Month Balance: $311.76

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/2/2007 | $30.00 | $0.00 | $0.00 | $136.63 | 366758 | 5603671266 | | L SELLERS |
| Canteen | 1/2/2007 | ($15.00) | $0.00 | $0.00 | $121.63 | 367584 | | | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($7.80) | $121.63 | 368978 | | 12/21/06 | |
| Canteen | 1/16/2007 | ($14.97) | $0.00 | $0.00 | $106.66 | 373235 | | | |
| Mail | 1/26/2007 | $100.00 | $0.00 | $0.00 | $206.66 | 377823 | 49336616880 | | C PATTERSON |
| Canteen | 1/30/2007 | ($21.85) | $0.00 | $0.00 | $184.81 | 378218 | | | |
| Supplies-MailP | 1/30/2007 | ($7.80) | $0.00 | $0.00 | $177.01 | 379099 | | 12/21/06 | |
| Canteen | 2/13/2007 | ($14.94) | $0.00 | $0.00 | $162.07 | 385783 | | | |
| Pay-To | 2/16/2007 | ($2.00) | $0.00 | $0.00 | $160.07 | 388276 | | AMERICAN ARAB ME | |
| Mail | 2/23/2007 | $100.00 | $0.00 | $0.00 | $260.07 | 392043 | 08553633520 | | C PATTERSON |
| Canteen | 2/27/2007 | ($14.92) | $0.00 | $0.00 | $245.15 | 392811 | | | |
| Canteen | 2/28/2007 | ($14.98) | $0.00 | $0.00 | $230.17 | 394424 | | | |
| Canteen | 3/13/2007 | ($14.91) | $0.00 | $0.00 | $215.26 | 399105 | | | |
| Canteen | 3/27/2007 | ($14.50) | $0.00 | $0.00 | $200.76 | 406147 | | | |
| Mail | 3/27/2007 | $120.00 | $0.00 | $0.00 | $320.76 | 406310 | 08553633574 | | CHERLY PATTERSON |
| Pay-To | 3/28/2007 | ($9.00) | $0.00 | $0.00 | $311.76 | 407049 | | AMERICAN ARAB ME | |

Ending Month Balance: $311.76

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement
## From October 2006 to December 2006

Date Printed: 4/12/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00340708 | Evans | Curtis | | | Beginning Month Balance: | $173.06 |
| Current Location: 21 | | Comments: | | | Ending Month Balance: | $106.63 |

Page 1 of 1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/2/2006 | $4.20 | $0.00 | $0.00 | $177.26 | 326239 | | MHU 8/24-9/23/06 | |
| Canteen | 10/5/2006 | ($19.99) | $0.00 | $0.00 | $157.27 | 328486 | | | |
| Mail | 10/5/2006 | $100.00 | $0.00 | $0.00 | $257.27 | 328786 | 5572082693 | | C. PATTERSON |
| Medical | 10/6/2006 | $0.00 | ($4.00) | $0.00 | $257.27 | 329304 | | 9/27/06 | |
| Medical | 10/6/2006 | ($4.00) | $0.00 | $0.00 | $253.27 | 329572 | | 9/27/06 | |
| Canteen | 10/12/2006 | ($19.55) | $0.00 | $0.00 | $233.72 | 331476 | | | |
| Canteen | 10/19/2006 | ($19.33) | $0.00 | $0.00 | $214.39 | 334019 | | | |
| Pay-To | 10/20/2006 | ($40.00) | $0.00 | $0.00 | $174.39 | 335011 | | BRAUNTE MOWBRA | |
| Canteen | 10/26/2006 | ($19.60) | $0.00 | $0.00 | $154.79 | 338199 | | | |
| Wage-1099 | 11/1/2006 | $9.60 | $0.00 | $0.00 | $164.39 | 339394 | | MHU23 9/24-10/23/06 | |
| Canteen | 11/2/2006 | ($19.67) | $0.00 | $0.00 | $144.72 | 341331 | | | |
| Canteen | 11/9/2006 | ($19.80) | $0.00 | $0.00 | $124.92 | 344473 | | | |
| Mail | 11/20/2006 | $100.00 | $0.00 | $0.00 | $224.92 | 348209 | 5602131461 | | C. PATTERSON |
| Canteen | 11/22/2006 | ($104.45) | $0.00 | $0.00 | $120.47 | 349369 | | | |
| Canteen | 11/29/2006 | ($63.90) | $0.00 | $0.00 | $56.57 | 351374 | | | |
| Canteen | 12/6/2006 | ($26.45) | $0.00 | $0.00 | $30.12 | 354637 | | | |
| Mail | 12/11/2006 | $100.00 | $0.00 | $0.00 | $130.12 | 357575 | 56054918557 | | C PATTERSON |
| Canteen | 12/13/2006 | ($14.99) | $0.00 | $0.00 | $115.13 | 358465 | | | |
| Wage-1099 | 12/18/2006 | $6.15 | $0.00 | $0.00 | $121.28 | 360294 | | MHU23 10/24-11/23 | |
| Canteen | 12/19/2006 | ($14.65) | $0.00 | $0.00 | $106.63 | 360819 | | | |

Ending Month Balance: $106.63

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

## Certificate of Service

I, _Curtis L. Evans_____, hereby certify that I have served a true.

and correct cop(ies) of the attached: __Complaint under the Civil__

__Rights Act, 42 U.S.C. §1983_____ upon the following

parties/person (s):

TO: _Clerk of the Court___        TO: _Thomas Carroll___

___U.S. District Court___        _Delaware Correctional Center_

___Lockbox 18___        ___1181 Paddock Road___

___844 N. King St.___        ___Smyrna, DE 19977___

___Wilmington, DE 19801___        _____

TO: _Attorney General___        TO: _____

_____        _____

_____        _____

_____        _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this __16th__ day of ___April_____, 2007