(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) __Curtis L. Evans_____ __00340708__
    (Name of Plaintiff)    (Inmate Number)

__D.C.C. / 1181 Paddock Rd / Smyrna DE 19977__
    (Complete Address with zip code)

(2) _____N/A_____
    (Name of Plaintiff)    (Inmate Number)

_____N/A_____
    (Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) __Thomas Carroll (D.C.C. Warden)__

(2) _____

(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

: 07 - 210
: (Case Number)
: (to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• Jury Trial Requested

FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I. PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____N/A_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grievance form

2. What was the result? They said the filing period of 7 days had expired but thats impossible because the problem is ongoing.

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll

Employed as Warden at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road

Smyrna, DE 19977

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. **STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 6-20-00 I purchased/received a lockerbox from the prison commissary. (Please see Exhibit A for receipt.) (I also have the other receipt from when they deducted the money from my account.)

2. On 10-26-00 I was placed in Isolation and my lockerbox along with the rest of my property was sent to the property room. On 11-8-00 I came out of ISO and got all of my property back except my lockerbox because they were not allowed where I was being sent. I was given a #537 form that showed my box was being detained (Please see Exhibit B for #587 form)

3. On 11-15-06 I was placed in a building where I could have my lockerbox again for the first time so I wrote to the property room to get it back. Their response was they don't have any record of me owning a lockerbox. Obviously my paperwork proves I did. (Please see Exhibit C for letter and response)

V. **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to order the Institution to give me the money needed so I can purchase a new lockerbox (mine was only 4 months old) and to pay for all court costs.

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16th__ day of __April__, 2_007_.

__Curtis Evans__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Curtis L. Evans
SBI# 00340707 UNIT 2(D)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, DE 19801

Exhibit A

Circle any choice items    Items Requested for Purchase from Commissary    (1 Week to 10 day delivery)    DUD

INMATE NAME: Curtis L. Evans    INMATE SIGNATURE Curtis L. Evans    SBI# 00340788

| Quantity Requested | Quantity Approved | Item | Size | Cost $ | Quantity Requested | Quantity Approved | Item | Size | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| | | Battery/Watch | | | | | Sweatband/head/wrist | | |
| | | Bathrobe | | | | | Sweatpants | | |
| | | Desk Top Calander | | | | | Sweatshirt w/hood | | |
| | | Fan | | | | | Sweatshirt no hood | | |
| | | Games/Chess/Checkers Dominoes | | | | | Television color | | |
| | | Hankerchief | | | | | T-Shirt 3 pk | | |
| | | Knit cap | | | | | Thermal Pants | | |
| | | Kufi | | | | | Thermal Tops | | |
| | | Lockerbox | | $77.28 | | | Towels | | |
| | | Pajamas | | | | | Underwear/briefs 3pk | | |
| | | Prayer Rug | | | | | Washcloths | | |
| | | Photo Album | | | | | Wrist Watch/Band | | |
| | | Radio/Clock Radio | | | | | Headphones | | |
| | | Religious Cross Rosary Pendant | | | | | | | |
| | | Shorts/Boxer | | | | | | | |
| | | Sneakers | | | | | | | |
| | | Socks 3 pk | | | | | | | |

Tot.$ 77.28

Reviewed by Property Officer _____ Date 6-13-0

Received by inmate Curtis Evans Date 6-20-00
Signature

Form# 661 (Rev Dec 99)
(3-part)

Distribute: White    Property Officer
Pink    Commissary
Yellow    Inmate

FORM #: 537 (F&B)
Revised

*Row 1 Fav* (handwritten annotation)

Exhibit B

## INMATE ACQUIRED OR CONFISCATED PERSONAL PROPERTY

DATE: 10-26-00

INMATE NAME: Evans, Curtis        SBI NO.: 340708
HOUSING UNIT: E Building

| ITEM* | DESCRIPTION/BRAND NAME | SI/PP** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| Wool Hat | White | SI | 1 | Fair |
| V-Neck | White | SI | 2 | Fair |
| Pants | White | SI | 2 | Fair |
| T-shirts | white | SI | 2 | Fair |
| socks | white | SI | 3 | Fair |
| Boxer Shorts | white | SI | 2 | Fair |
| Cotton gloves | white | SI | 1 | Poor |
| washcloth | white | SI | 1 | Fair |
| Towel | white | SI | 1 | Fair |
| Sweatshirt | white | SI | 1 | Fair |
| Hooded Sweatshirt | white | SI | 1 | Poor |
| Top Thermal | white | SI | 1 | Fair |
| muslim Rug | red | PP | 1 | Fair |
| Kufi | Black | PP | 1 | Fair |
| Lockbox & Key | (masterkey) Blue / Gold in color | PP | 1 | -Fair |
| Boots | Brown | SI | 1 | Fair |
| Fan | white | PP | 1 | Fair |
| RCA T.V. | Black | PP | 1 | Fair |
| Cable | white | PP | 1 | Fair |
| Radioshack Splitter | Copper in Color | PP | 1 | Fair |
| Shower Shoes | Brown | PP | 1 | Fair |
| Extension Cord | Brown | PP | 1 | Good |

*Highlighted items defaced in PR. Rendered P/O on 11/8/00* (handwritten note)

C/O [signature] Stephen W___

OFFICER'S SIGNATURE ACQUIRING PROPERTY
OFFICER MUST COMPLETE RECORD OF TRANSFER OF PROPERTY FORM

*The only food items that are to be placed in the inventory are those that are in sealed containers.    **SI = State Issued / PP = Personal Property

Exhibit C

To: Property room
From: Curtis J. Evans SBI# 00340208 D/E F6
Date: November 16, 2006

Dear Sir or Madam:

    I am now being housed in D building 6201 and I am allowed to have my locker box. Can you please send me my locker box. Thank you for your time.

Sincerely,

*[signature]*

Property Room has no record of you ever owning a lockerbox. 1/8/07 *[signature]*