IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS L. EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-210-SLR |
| | ) |
| THOMAS CARROLL, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Curtis L. Evans, SBI #340708, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $33.68 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 10, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 13, 2007.

_____
Signature of Plaintiff



FILED
MAY 15 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE




I/M Curtis L. Evers
SBI# 00340708  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801