To: Peter T. Dalleo   Clerk of Court
From: Curtis L. Evans SBI # 00540708 / 1181 Paddock Rd. / Smyrna De 19977
Re: Filing Fee / Evans v. Carroll   1:07-cv-210
Date: 6-21-07

Mr. Dalleo:

My case was dismissed without prejudice and I am not required to pay any fees according to the Order that I received on 6-20-07. This being said I guess it is safe to assume that I will be sent back my $33.68 that was received by the Court on 6/14/2007 receipt number 147882. Can you please make sure that this is in the making. Thank you for your time.

Sincerely,
Curtis L. Evans

07cv210 SLR
FILED
JUN 25 2007
RGscan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Curtis L. Evans
SBI# 00340708  UNIT 21 D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 JUN 2007 PM 1 T

Peter T. Dalleo / Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, DE 19801-3570

19801+3570